IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00219-PAB

DOUGLAS A. MAYHEW,

    Plaintiff,

v.

CHERRY CREEK MORTGAGE CO., INC., et al.,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    Pursuant to information received from plaintiff by the Clerk's Office, the foreclosure sale that is the subject of plaintiff's Verified Emergency Motion Enjoining Defendants' Foreclosure Sale [Docket No. 2] took place on February 4, 2009. It is therefore

    ORDERED that plaintiff's Verified Emergency Motion Enjoining Defendants' Foreclosure Sale [Docket No. 2] is denied as moot.

    DATED February 5, 2009.