IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00219-PAB-CBS

DOUGLAS A. MAYHEW,

      Plaintiff,

v.

CHERRY CREEK MORTGAGE CO., INC., *et al.*,

      Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants Cherry Creek Mortgage Company, Inc., Nora Ziel, Mike Smith, Heather Bradshaw, and Christine Rychlec's Motion to Dismiss *(doc. # 48)* shall be treated by the court as a Joinder in [24] Motion to Dismiss and for a More Definite Statement to Dismiss Claims Against Ziel, Bradshaw, Rychlec and Smith.  The clerk of court is directed to modify the docket to reflect that document number 48 is not a pending motion but a joinder in document number 24.

    IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion for Extension of Time to Respond to [24] Defendants' Motion for More Definite Statement and to Dismiss the Claims Against Ziel, Bradshaw, Rychlec, and Smith in Their Individual Capacities *(doc. # 52)* is GRANTED.  The deadline is extended to **May 4, 2009**.

    Parties are reminded that pursuant to D.C.COLOL.CIVR. 10.1E all papers filed with this court shall be double spaced.

**DATED:**    April 22, 2009