IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00219-PAB-CBS

DOUGLAS A. MAYHEW,

    Plaintiff,

v.

CHERRY CREEK MORTGAGE CO., INC., *et al.*,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Joint Motion to Stay Discovery and Disclosures Pending Resolution of Outstanding Motions (*doc. # 78)* is DENIED as MOOT. Parties are directed to review the Court's Minute Order (*doc. # 68)* entered May 6, 2009.

**DATED:**    May 19, 2009