IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00219-PAB-CBS

DOUGLAS A. MAYHEW,
    Plaintiff,
v.

CHERRY CREEK MORTGAGE CO., INC., *et al.*,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff's Unopposed Motion to Withdraw his Verified Motion for Court's Reconsideration of Order Dated February 5, 2009" (filed July 10, 2009) (doc. # 99). Pursuant to the Order of Reference dated February 10, 2009 (doc. # 5) and the memorandum dated July 13, 2009 (doc. # 100), this matter was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    "Plaintiff's Unopposed Motion to Withdraw his Verified Motion for Court's Reconsideration of Order Dated February 5, 2009" (filed July 10, 2009) (doc. # 99) is GRANTED.

    2.    Mr. Mayhew's "Verified Motion for Court's Reconsideration of Order Dated February 5, 2009, or in the Alternative Setting Aside State Court's Rule 120 Foreclosure Sale of 307 LaBelle Road Real Property" (filed February 17, 2009) (doc. # 7) is hereby WITHDRAWN.

DATED at Denver, Colorado this 20th day of July, 2009.

                          BY THE COURT:

                          s/ Craig B. Shaffer
                          United States Magistrate Judge