IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00219-PAB-CBS

DOUGLAS A. MAYHEW,
    Plaintiff,
v.

CHERRY CREEK MORTGAGE CO., INC., *et al.*,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court for review of its status. On October 5, 2009, the court granted Mr. Mayhew's "Motion for Leave and Request for Stay," directing Mr. Mayhew to either file a First Amended Complaint or file a response to all pending Rule 12 motions on or before October 28, 2009. (*See* doc. # 114). The court ordered that no further extensions of time would be permitted. As of this date, Mr. Mayhew has not filed either a First Amended Complaint or any response to the pending Rule 12 motions, as directed by the court. Currently pending are docs. # 24 (joined by Defendant Guaranty Bank and Trust Company (doc. # 73)), # 29 (joined by Defendant Guaranty Bank and Trust Company (doc. #73)), # 33, # 47, # 63, and # 98.

    Accordingly, IT IS ORDERED that:

    1.    Briefing on the pending motions is closed. The court will issue a Recommendation on all pending motions as they are currently briefed on this date.

    2.    All discovery remains stayed pending a ruling by District Judge Brimmer on the forthcoming Recommendation of Magistrate Judge.

DATED at Denver, Colorado this 2nd day of November, 2009.

                                                BY THE COURT:

                                                 s/ Craig B. Shaffer
                                                United States Magistrate Judge